

FILED
AUG 2 8 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY EF DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR2924-L |
|---|---|---|
| Plaintiff, | ) | **I N F O R M A T I O N** |
| v. | ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana (Felony); Title 21, U.S.C., Secs. 952 and 960 - Importation of Methamphetamine (Felony) |
| MIGUEL CUAMEA-NAVARRO, | ) | |
| Defendant. | ) | |

The United States Attorney charges:

<u>Count 1</u>

On or about August 2, 2008, within the Southern District of California, defendant MIGUEL CUAMEA-NAVARRO, did knowingly and intentionally import approximately 49.46 kilograms (108.81 pounds) of Marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//
//
//
//
//

FAS:psd:Imperial
8/27/08

## Count 2

On or about August 2, 2008, within the Southern District of California, defendant MIGUEL CUAMEA-NAVARRO, did knowingly and intentionally import approximately 53.40 grams of Methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: August 28, 2008 .

KAREN P. HEWITT
United States Attorney

FRED SHEPPARD
Assistant U.S. Attorney