AO 455(Rev. 5/85) Waiver of Indictment

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | |
| MIGUEL CUAMEA-NAVARRO | CASE NUMBER: 08CR2924-L |

I, MIGUEL CUAMEA-NAVARRO, the above named defendant, who is accused of committing the following offenses:

Count 1:  Importation of Marijuana, in violation of Title 21, United States Code, Sections 952 and 960 (Felony);

Count 2:  Importation of Methamphetamine, in violation of Title 21, United States Code, Sections 952 and 960 (Felony);

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __8/25/08__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

FILED
AUG 28 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

X Miguel A. Cuamea N.
Defendant

_____
Counsel for Defendant

Before 
Judicial Officer